## No. 3360.

JAMES M. KANE *v.* JOHN W. ROBERTSON. JOS. HOY & CO., CAMPBELL. & STRONG, Intervenors.

Robertson, the defendant, had drawn two drafts on T. H. & J. M. Allen & Co., made garnishees in this suit, who had verbally accepted the same. to be paid, as far as possible, out of the proceeds of the sale of Robertson's cotton, then in their hands. This was a good acceptance, and the intervenors in this case, who are the holders of the accepted drafts, are entitled to have them paid out of the proceeds of said cotton.

APPEAL from the Seventh District Court, parish of Orleans. *Collens*, J. *Bentinck Egan*, for plaintiff and appellant. *E. Howard McCaleb*, for defendant and appellee. *Breaux, Fenner & Hall*, for intervenors.

MORGAN, J. We find the facts to be, that when the garnishees were served with process, they had in their hands the proceeds of seventeen.

bales of cotton, amounting, net, to $1600, and one bale of cotton un-
sold, which, it is admitted, was worth $80.

Robertson, the defendant, had drawn two drafts on T. H. & J. M.
Allen & Co., the garnishees, one in favor of Joseph Hoy & Co. for
$5 80, and one in favor of G. S. Kendall, who had indorsed the same
over to Campbell & Strong for $1020. These drafts had been present-
ed to T. H. & J. M. Allen, who had verbally accepted the same, to be
paid, as far as possible, out of the proceeds of the cotton. This was
a good acceptance, and the proceeds of the cotton, it was properly
held by the district judge, was to be paid over to the holders of the
accepted drafts.

Judgment affirmed.

Rehearing refused.